IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE: 4-18-2005
TIME: 10:45 Am
INITIALS: J.H.

UNITED STATES OF AMERICA,

 Plaintiff,

vs.

ERIC MAURICE HOLLEY,

 Defendant.

CR. NO. 04-20143-D

## ORDER DISMISSING COUNTS

Upon the motion of the United States, and for good cause shown, Count(s) 2, 3, 4, 5 and 6 of the indictment are hereby **DISMISSED**.

**SO ORDERED** this 18 day of April, 2005, at Memphis, Tennessee.

_____
The Honorable Bernice B. Donald
United States District Judge

APPROVED:

_____
Joseph C. Murphy, Jr.
Assistant United States Attorney
Western District of Tennessee

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-19-05

253

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 253 in case 2:04-CR-20103 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT